In the Matter of the Estate of JESSE S. RICHMAN, Deceased. MICHAEL C. GRAY, Appellant; EVELYN RICHMAN, Respondent.

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.